COMMONWEALTH OF KENTUCKY
FRANKLIN CIRCUIT COURT
DIVISION I
CASE NO. 20-CI-00074

LETTI K. HALL, Individually and     PLAINTIFF(S)
as the Personal Representative for
the ESTATE OF SCOTT P. HALL,
DECEASED

vs.    <u>NOTICE OF PARTIAL DISMISSAL PER CR 41.01(1) AS TO
DEFENDANT BOWEN TRANSPORTATION, LLC ONLY</u>

M & T TRUCKING EXPEDITING LLC, ET AL
    DEFENDANT(S)

\*\* \*\* \*\* \*\* \*\*

Comes now, Plaintiff(s), Letti K. Hall, individually and as the personal representative for the Estate of Scott P. Hall, deceased, by counsel, and this matter being filed per CR 41.01 (1) by stipulation of the Plaintiff as evidenced by the signature of Counsel below and pursuant to CR 41.01, the claims against Bowen Transportation, LLC are **dismissed without prejudice.**

    Respectfully submitted,

    _____
    Carolyn C. Ely
    Isaacs & Isaacs, P.S.C.
    1601 Business Center Court
    Louisville, Kentucky 40299-2370
    Telephone: (502) 458-1000
    Facsimile: (502) 454-5512
    Email: ely@isaacandisaacs.com
    *Counsel for* Plaintiff Letti K. Hall,
    Individually and as the Personal
    Representative for the Estate of Scott P.
    Hall, deceased

CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of March, 2020 I did serve a true and accurate copy of the foregoing document via electronic mail, by filing the same using the Kentucky E-Filing System (KEFS) and/or by depositing the same into the U.S. Mail, first-class postage prepaid, addressed to the following:

Hon. Leslie P. Vose
Hon. Gregory A. Jackson
Landrum & Shouse, LLP
106 West Vine Street, Suite 800
Lexington, Kentucky 40507
Email: lvose@landrumshouse.com
Email: gjackson@landrumshouse.com
Telephone: (859) 514-7266
Facsimile: (859) 233-0308
*Counsel for* Defendants M & T Trucking Expediting LLC and Mark A. Beckelheimer

Hon. Estill Banks, II
Banks Law Office, PLLC
121 Prosperous Place, Suite 8A
Lexington, Kentucky 40509
Email: ebanks@banks-lawoffice.com
Telephone: (859) 368-7657
Facsimile: (859) 201-1068
*Counsel for* Defendants Bowen Transportation, LLC

_____
Carolyn C. Ely