COMMONWEALTH OF KENTUCKY
FRANKLIN CIRCUIT COURT
DIVISION 1
CIVIL ACTION NO. 20-CI-00074
(*Electronically Filed*)

LETTI K. HALL, Individually and
as the PERSONAL REPRESENTATIVE
FOR THE ESTATE OF SCOTT P. HALL,
DECEASED                 PLAINTIFF

v.        **NOTICE TO STATE COURT OF REMOVAL
OF CIVIL ACTION TO FEDERAL COURT**

M & T TRUCKING EXPEDITING, LLC,
BOWEN TRANSPORTATION, LLC, and
MARK A. BECKELHEIMER             DEFENDANTS

\* \* \* \* \*

Come the Defendants, M & T Trucking Expediting LLC and Mark A. Beckelheimer, by and through counsel, and hereby gives notice to the Court and all parties of the filing on this, the 19th day of October 2020, of a Notice of Removal in the United States District Court for the Eastern District of Kentucky in the case of Letti K. Hall, Individually and as the Personal Representative for the <u>Estate of Scott P. Hall, Deceased v. M & T Trucking Expediting, LLC, Bowen Transportation, LLC, and Mark A. Beckelheimer</u> bearing Civil Action No. 20-CI-00074, Franklin County Circuit Court, Commonwealth of Kentucky, under 28 U.S.C. § 1446(d). A copy of the Notice of Removal is attached hereto and is hereby filed with the Franklin County Clerk, Kentucky, to effectuate same.

Respectfully submitted,

Hon. Leslie Patterson Vose (KBA #53843)
Hon. Erin C. Sammons (KBA #91040)
Hon. Dominic J. Donovan (KBA #97472)
LANDRUM & SHOUSE LLP
P. O. Box 951
Lexington, KY  40588-0951
Telephone:  859-255-2424
Facsimile:  859-233-0308
lvose@landrumshouse.com
ecizzo@landrumshouse.com
ddonovan@landrumshouse.com

BY:  */s/ Leslie P. Vose*
     ATTORNEYS FOR DEFENDANT


## CERTIFICATE OF SERVICE

I hereby certify that on 19TH day of October, 2020, the foregoing document was electronically filed with the Clerk of this Court using the KY Courts E-Filing System, which will send notifications of such filing to the following:

Carolyn C. Ely
Isaacs & Isaacs, P.S.C.
1601 Business Center Court
Louisville, Kentucky 40299-2370
*Counsel for Plaintiff*

BY:  */s/ Leslie P. Vose*
     ATTORNEYS FOR DEFENDANT